**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**FELIX LUIS MATOS COLON**
**MARTA ROSA ARROYO ORTIZ**

**xxx–xx–6098**
**xxx–xx–4750**

Debtor(s)

Case No. **14–09655 BKT**

Chapter **13**

**FILED & ENTERED ON 9/10/15**

***ORDER***

Trustee's objection to claim #3 filed by UNITED CONSUMER FINANCIAL SERV (docket entry #69), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, September 10, 2015 .

Brian K. Tester
United States Bankruptcy Judge